1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA TODD WOOLRIDGE,

      Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

      Defendant.

_____/

No. C 08-03304 SBA (PR)

**ORDER OF TRANSFER**

      Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 and an application for <u>in forma pauperis</u> status.  The acts complained of occurred at California Correctional Center, which is located in the Eastern District of California, and it appears that the Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith and terminate all pending motions as moot.

      IT IS SO ORDERED.

DATED: <u>10/16/08</u>

                             *Saundra B Armstrong*
                             SAUNDRA BROWN ARMSTRONG
                             United States District Judge

1    UNITED STATES DISTRICT COURT
     FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3
     JOSHUA TODD WOOLRIDGE,
4                                              Case Number: CV08-03304 SBA
                        Plaintiff,
5                                              **CERTIFICATE OF SERVICE**
       v.
6
     CALIFORNIA DEPARTMENT OF
7    CORRECTIONS et al,

8                        Defendant.
     _____/
9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
11
     That on October 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
12   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13   located in the Clerk's office.

14

15   Joshua Todd Woolridge P-33283
16   Pleasant Valley State Prison
     P.O. Box 8503
17   Coalinga, CA 93210

18   Dated: October 17, 2008
                                               Richard W. Wieking, Clerk
19                                             By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California