IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA WOOLRIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>E.F. MUSSER; R.P. ROMAN; A. FIEGNER; and D. HURL,<br><br>    Defendants. | No. 2:08-cv-02491-CTB<br><br><br>Order |

Before: Hon. Carlos T. Bea, Circuit Judge,

     A party appearing *in propia persona* must keep the Court and opposing parties advised as to his current address. Eastern District of California Local Rule 183(b). This Court's Order Denying Motion to Appoint Counsel, entered on January 11, 2013, was returned as undeliverable on February 27, 2013. Plaintiff's Notice of Change of Address was due on May 6, 2013. Because Plaintiff failed to file a Notice of Change of Address, this Court dismisses his case without prejudice

for failure to prosecute in accordance with Local Rule 183(b).

**IT IS SO ORDERED.**

DATED: May 17, 2013

/s/ Carlos T. Bea
**Hon. Carlos T. Bea**
U.S. Court of Appeals for the Ninth
Circuit, sitting by designation